
| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. CR404-161 |
| ) | |
| DOMINIC BROWN, ) | |
| ) | |
| Defendant. ) | |

## O R D E R

Before the Court is Defendant Brown's "Motion to Reinstate Motion for Leave to Proceed In Forma Pauperis." (Doc. 119.) The Court construes Defendant's Motion as a second Motion for Reconsideration of this Court's previous denials of Defendant's numerous Motions for Leave to Appeal In Forma Pauperis. (See Docs. 98, 104, & 112.) However, the Eleventh Circuit Court of Appeals has denied Defendant's Motion for a Certificate of Appealability. (Doc. 117.) Therefore, Defendant currently has no case pending on appeal. Accordingly, Defendant's instant Motion is **DISMISSED AS MOOT**.

SO ORDERED this **30th** day of September, 2009.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA