UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:04-CR-161-01 |
| ) | |
| DOMINIC JERMAINE BROWN, ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter comes before the Court on the Government's motion to authorize payment from the defendant's Inmate Trust Account. The Court, having read and considered the Government's motion and the balance of the record, hereby ORDERS:

1. The United States' Motion to Authorize Payment From Inmate Trust Account is GRANTED.

2. Judgment is entered in favor of the United States of America and against the Defendant Dominic Jermaine Brown, who currently maintains an outstanding criminal monetary penalty of $27,247.37.

3. The Federal Bureau of Prisons shall remit, within fifteen days of this Order, payment in the amount of $2,400.00, to the Clerk of Court to partially satisfy the Defendant's penalty.

The Clerk of Court shall coordinate as needed with the United States Attorney's Office, Southern District of Georgia, Financial Litigation Unit, to apply the funds in the manner directed in this Order.

This 25th day of July, 2017.

UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA