IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA )
)
v. ) CASE NO. CR404-161
)
DOMINIC BROWN, )
)
Defendant. )
)

## ORDER

Before the Court is Defendant Dominic Brown's Objection to Government's Response to Defendant's Motion to Stay. (Doc. 140.) In his motion, Defendant asks this Court to vacate its prior order (Doc. 136) granting the Government's request (Doc. 135) to apply funds in Defendant's prisoner trust account against the amount owed in criminal monetary penalties. Defendant's objection to this Court's order is that it was entered prior to him having an opportunity to respond. (Doc. 140 at 1.)

After careful consideration, Defendant's motion is **DENIED**. The Government is clearly entitled to the relief it requested in its motion. Should Defendant wish to convince this Court otherwise, he may seek reconsideration by filing an appropriate motion that includes legal argument in support of his position.

SO ORDERED this 11th day of August 2017.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA