IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA )
)
v. ) CASE NO. CR404-161
)
DOMINIC BROWN, )
)
Defendant. )

# ORDER

Before the Court is Defendant Dominic Brown's Motion for Partial Reconsideration Pursuant to the Federal Rules of Civil Procedure Rule 59. (Doc. 143.) In his motion, Defendant asks this Court to reconsider its prior judgment in this case that he be required to pay interest on the Court ordered restitution. (Id. at 2.) However, the Court entered that judgment on January 25, 2005. (Doc. 58.) Even assuming the applicability of the civil rules to this criminal matter, Defendant's current motion seeking reconsideration of that part of this Court's order is untimely. See Fed. R. Civ. P. 59(e) ("A motion to alter or amend a judgment must be filed no later than 28 days after the entry of the judgment."). In addition, Defendant has failed to offer any legal argument that would entitle him to relief under Rule 59. Finally, this Court finds no reason to disturb either its January 25, 2005 decision that

Defendant must pay interest on the restitution amount (Doc. 58), or its later decisions authorizing the Government to collect those funds from Defendant's Inmate Trust Account (Doc. 136; Doc. 141). Accordingly, Defendant's motion (Doc. 143) is **DENIED**.

SO ORDERED this 18th day of January 2018.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA