# UNITED STATES DISTRICT COURT

for the

Southern District of Georgia

Savannah Division

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No:　4:04-cr-161-1 |
| Dominic Brown | ) |
| | ) USM No:　12003-021 |
| Date of Original Judgment:　January 24, 2005 | ) |
| Date of Previous Amended Judgment:　Not Applicable | ) Anthony Robert Casella |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(1)(B)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(1)(B) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the First Step Act of 2018 pursuant to Pub. L. No. 115-391, and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☒ DENIED.　☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2019 JUL 12 AM 11: 06
CLERK_____
SO. DIST. OF GA.

Except as otherwise provided, all provisions of the judgment dated　January 24, 2005,　shall remain in effect.

**IT IS SO ORDERED**.

Order Date:　*July 12, 2019*

_____
*Judge's signature*

Effective Date:

William T. Moore, Jr.
Judge, U.S. District Court

_____
*(if different from order date)*

_____
*Printed name and title*