IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CASE NO. CR404-161 |
| | ) |
| DOMINIC BROWN, | ) |
| | ) |
| Defendant. | ) |

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 154), to which no objections have been filed. After careful consideration and review of the record, the report and recommendation (Doc. 154) is **ADOPTED** as the Court's opinion in this case. Accordingly, Defendant's letter, which the Court construes as a successive motion for relief pursuant to 28 U.S.C. § 2255, is **DISMISSED**.

SO ORDERED this 27th day of April 2020.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA